Original,
No. 6365,
No. 6366.

NEW HAMPSHIRE-VERMONT HOSPITALIZATION SERVICE

*v.*

JOHN A. DURKIN, INSURANCE COMMISSIONER.

NEW HAMPSHIRE-VERMONT PHYSICIAN SERVICE *v.* SAME.

January 20, 1972.

*Upton, Sanders & Upton ( Mr. Richard F. Upton* orally ) for the plaintiff New Hampshire-Vermont Hospitalization Service.

*Sulloway, Hollis, Godfrey & Soden ( Mr. James B. Godfrey* orally ) for the plaintiff New Hampshire-Vermont Physician Service.

*Warren B. Rudman,* attorney general, *David H. Souter,* deputy attorney general, and *Robert V. Johnson,* II, assistant attorney general ( *Mr. Souter* and *Mr. Johnson* orally ), for the defendant.

PER CURIAM. Writ of mandamus to issue requiring the defendant to hold a hearing on January 31, 1972, or at such earlier date as the parties may agree, upon the plaintiffs' applications for rate increases originally filed on July 19, 1971. RSA 419:6; RSA 420:6; *Goodell* v. *Woodbury,* 71 N.H. 378, 381, 52 A. 855, 857 (1902); *see Segre* v. *Ring,* 102 N.H. 556, 557, 163 A.2d 4, 5-6 (1960).

*So ordered.*